1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANTHONY DEWAYNE LEE TURNER,            No.  2:19-cv-1059 DB P

12                     Petitioner,

13          v.                                ORDER

14    ANNE MARIE SCHUBERT,

15                     Respondent.

16

17          Petitioner, a county inmate proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis

19    affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner

20    will be provided the opportunity to either submit the appropriate affidavit in support of a request

21    to proceed in forma pauperis or submit the appropriate filing fee.

22          In accordance with the above, IT IS HEREBY ORDERED that:

23          1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

24    support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's

25    failure to comply with this order will result in a recommendation that this action be dismissed;

26    and

27    /////

28    /////

                                              1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated: June 12, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner/Habeas/turn1059.101a